## J. P. Burton Coal Company et al. v. First National Bank of Pikeville et al.

(Decided March 22, 1932.)

COMBS & COMBS for appellants.

OPINION OF THE COURT BY CHIEF JUSTICE DIETZMAN— Reversing.

For a full statement of the facts involved on this appeal, reference is made to the case of Crump & Field v. First National Bank of Pikeville, 229 Ky. 526, 17 S. W. (2d) 436, 68 A. L. R. 872. The present appellants, J. P. Burton Coal Company, and others were, by the judgment appealed from in the Crump & Field Case, supra, held ratably liable with Crump & Field and others for the expenses of the receivership involved in that litigation. In the Crump & Field case, it was held that neither Crump & Field nor those who had been held ratably liable for such receivership expenses should have to pay such expenses and the judgment so holding them so liable was reversed. The present appellants, J. P. Burton Coal Company et al, were not parties to the appeal in the Crump.& Field case, for which reason the reversal in that case did not carry a reversal of the judgment against it. The present appeal is prosecuted to procure for the J. P.

Burton Coal Company et al. like relief to that granted Crump & Field in the appeal they took from the judgment. This appeal is governed absolutely by the decision in the Crump & Field case, and under its authority, the judgment against the J. P. Burton Coal Company and its co-appellants for their ratable share of the expenses of the receivership is reversed, with directions to set it aside and for proceedings consistent with this opinion.